No. 50. SAN DIEGO BUILDING TRADES COUNCIL ET AL. *v.* GARMON ET AL., 353 U. S. 26. The motion to retax costs is denied. *James W. Archer* and *J. Sterling Hutcheson* for movants. *Walter Wencke, Charles P. Scully, Mathew Tobriner* and *John C. Stevenson* for petitioners in opposition.

No. 718, Misc. COVEY, COMMITTEE, *v.* COURT OF APPEALS OF NEW YORK ET AL. Motion for leave to file petition for writ of mandamus denied. *Adolph I. King, Samuel M. Sprafkin* and *Mandel Matthew Einhorn* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *John R. Davison,* Solicitor General, for respondents. *Otto E. Koegel* and *Harry H. Chambers* filed a brief for the Town of Somers in opposition to the motion.

No. 723, Misc. LAYCOCK *v.* MATHES, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *Norman L. Easley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for Kenney, respondent.

No. 779, Misc. DOWLING *v.* MARYLAND ET AL.;
No. 780, Misc. MEDLEY *v.* MARYLAND;
No. 788, Misc. SANCHEZ *v.* SWENSON, WARDEN;
No. 793, Misc. HAYMAN *v.* HERITAGE, WARDEN; and
No. 799, Misc. AMBROSELLI *v.* MAILLER, CHAIRMAN, NEW YORK PAROLE BOARD, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.